November 18, 2011

Mr. David C. Duggins
P.O. Box 1149
Austin, TX 78767-1149

Ms. Julie Caruthers Parsley
98 San Jacinto Blvd., Suite 1450
Austin, TX 78701

Mr. James G. Boyle
816 Congress Avenue, Suite 1250
Austin, TX 78701
Mr. Geoffrey M. Gay
816 Congress Ave., Suite 1900
Austin, TX 78701

Ms. Priscilla M. Hubenak
P.O. Box 12548
Austin, TX 78711-2548

Mr. Daniel Joseph Lawton
701 Brazos Street, Suite 500
Austin, TX 78701

RE: Case Number: 10-0375
 Court of Appeals Number: 03-06-00691-CV
 Trial Court Number: D-1-GV-05-005221

Style: ATMOS ENERGY CORPORATION, CENTERPOINT ENERGY RESOURCES
 CORPORATION, AND TEXAS GAS SERVICE COMPANY
 v.
 THE CITIES OF ALLEN, ET AL. AND RAILROAD COMMISSION OF TEXAS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Jeffrey D. Kyle |
| |Ms. Amalia Rodriguez |
| |Mendoza |